

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-18-00747-CV

Marcelo **GALVAN** Jr. and Analicia R. Galvan,
Appellants

v.

Cledson Macedo de **CARVALHO**, Kristina Carvalho and Jagaland Co., LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The appellants' emergency motion for extension of time to file brief is hereby GRANTED. Time is extended to May 3, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court